UNITED STATES DISTRICT COURT

For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>           Plaintiff,<br>     v.<br><br>MARIO LOPEZ,<br><br>           Defendant.<br>_____/ | No. C 10-03349 LB<br><br>**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM** |

   This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

   Defendant has not filed a written consent to Judge Beeler's jurisdiction. Defendant also has the right to have the case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant shall inform the Court whether he consents to Judge Beeler's jurisdiction or requests reassignment to a United States District Judge. The consent/declination form shall be filed

///

///

ORDER
C 10-03349

1  by August 27, 2010.

2  **IT IS SO ORDERED.**

3  Dated: August 18, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>MARIO LOPEZ,<br><br>             Defendant.<br>_____/ | No.  C 10-03349 LB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                                                          Signature

                                                                          Counsel for _____
                                                                          (Plaintiff, Defendant or indicate "pro se")

C 10-03349

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIO LOPEZ,<br><br>        Defendant.<br>_____/ | No. C 10-03349 LB<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____          Signature_____

                                        Counsel for _____
                                        (Plaintiff, Defendant, or indicate "pro se")

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 10-03349                                    4